IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01495-MSK-MJW

DIANA BENNETT,

Plaintiff,

v.

RUBEN & ROSENTHAL,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion to Vacate and Reschedule Scheduling Conference (Docket No. 10) is GRANTED.  The Scheduling Conference set for August 13, 2013 ay 10:00 a.m. is VACATED.  The Scheduling Conference is RESET for September 9, 2013 at 9:00 a.m.  The Proposed Scheduling Order shall be filed on or before September 3, 2013.

Date: August 7, 2013